# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STATE FARM LIFE )
INSURANCE COMPANY, )
                                                 )
                           *Plaintiff,* )
                                                 )
v. )      Case No.      19-CV-1225
                                                 )
ESTATE OF MICHAEL LEE JONES; )
KATHRYN JONES; KERRY WEBER; and )
DOUGLAS JONES, )
                                                 )
                         *Defendants.* )
                                                   )

## RETURN OF SERVICE

I hereby certify that I served a copy of the Subpoena for Business Records on Liberty Mutual in the following manner:

**Return Receipt Delivery** – by causing to be delivered on the 3rd day of September, 2019, by return receipt delivery to Douglas Jones, at the following address: 120 S. Chicago, Salina, KS 67401, with delivery being made by the following: United States Postal Service, Certified Mail, Return Receipt Requested.  A copy of the return receipt evidencing delivery is attached to this Return of Service.



FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
316-291-9796
866-559-6541
nrose@foulston.com

*/s/ Alexandra N.C. Rose*
Alexandra N.C. Rose, KS #27247
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2019, I presented the above and foregoing

**RETURN OF SERVICE** to the Clerk of the Court by using CM/ECF system and mailed, postage

prepaid, and properly address to the following:

Kathryn Jones
1041 S. Sandalwood
Wichita, KS 67230

Douglas Jones
120 S. Chicago
Salina, KS 67401

Kerry Weber
1775 Fantom Lane
Bennington, KS 67422

*/s/ Alexandra N.C. Rose*
Alexandra N.C. Rose, KS #27247